Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| SHANNON STACY HAMBLEY, | ) | No. CV 07-03634-SGL (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| DEBRA PATRICK, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 2-29-08

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE